**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*,[1] | § § § | Case No. 21-10969 (JKS) |
| Debtors. | § § § § § § § | (Jointly Administered) <br><br> Hearing Date: August 12, 2021 at 1:30 p.m. (ET) <br> Objection Deadline: July 22, 2021 at 4:00 p.m. (ET) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(a) AND 521 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1007(c), EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Corp Group Banking S.A. ("***CGB***") and its affiliated debtors and debtors in possession (collectively, the "***Debtors***") in these chapter 11 cases (the "***Chapter 11 Cases***") respectfully submit this motion (the "***Motion***") for the entry of an order, substantially in the form attached hereto as **Exhibit A** (the "***Order***"), pursuant to sections 105(a) and 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), and Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), extending the initial deadline (the "***Initial Deadline***") by which the Debtors must file their Schedules of Assets and Liabilities (collectively, the "***Schedules***") and Statements of Financial Affairs (collectively, the "***Statements***") through and including August 12, 2021 (the "***Extended Deadline***"). In support of this Motion, the Debtors respectfully state as follows:

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

28280579.5

**BACKGROUND**

1. On June 25, 2021 (the "***Initial Petition Date***"), Debtors CGB and Inversiones CG Financial Chile Dos SpA (together, the "***Initial Debtors***") each commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). On June 29, 2021 (the "***Second Petition Date***"),[2] Debtors Compañia Inmobiliaria y de Inversiones Saga SpA, CG Financial Chile SpA, and CG Financial Colombia S.A.S. (collectively, the "***Second Debtors***") each commenced a voluntary case under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No official committees have been appointed in these Chapter 11 Cases, and no request has been made for the appointment of a trustee or examiner.

2. The Debtors are subsidiaries of the Corp Group conglomerate. Their primary assets are shares comprising approximately 27.2% of the common equity of Itaú Corpbanca, a publicly traded bank controlled by Itaú. The Debtors also own approximately 10.3% of the common equity of Itaú Corpbanca Colombia, a Colombian bank subsidiary of Itaú Corpbanca. Over the past several years, Itaú Corpbanca's share price has declined in value, and the dividends it pays have been greatly reduced. As a result, the Debtors are now unable to repay their obligations to Itaú and their $500 million of New York law notes in full, and have commenced these Chapter 11 Cases to distribute their assets to their creditors. Corp Group's other operations are unaffected by these Chapter 11 Cases and are expected to continue in the ordinary course.

3. Additional information regarding the Debtors' businesses, capital structure, and the events leading up to the Petition Date is set forth in the *Declaration of Cristobal Cerda*

---

[2] The "***Petition Date***" means, as applicable, the First Petition Date or the Second Petition Date.

28280579.5

2

*Meneses, the Debtors' Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Relief* [Docket No. 11] (the "**First Day Declaration**"), which is fully incorporated herein by reference.[3]

## JURISDICTION AND VENUE

4. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue of the Chapter 11 Cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief requested herein are sections 105(a) and 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c).

## RELIEF REQUESTED

5. By this Motion, the Debtors request the Court enter the Order, extending the period within which all Debtors must file their Schedules and Statements from July 9, 2021 for the Initial Debtors, and from July 13, 2021 for the Second Debtors, through and including the Extended Deadline without prejudice to the Debtors' ability to request additional extensions.

---

[3] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

28280579.5

3

**BASIS FOR RELIEF**

6.       Section 521(a)(1) of the Bankruptcy Code and Bankruptcy Rule 1007(b) provide, in pertinent part, that a debtor shall file a list of its creditors and "unless the court orders otherwise[,] a schedule of assets and liabilities[, and] a statement of the debtor's financial affairs[.]"  11 U.S.C. § 521(a)(1); *see also* Fed. R. Bankr. P. 1007(b).  Bankruptcy Rule 1007(c) provides that the Schedules and Statements shall be filed within fourteen (14) days of the filing of the petition; provided, however, that "[a]ny extension of time [for the filing] of schedules [and] statements" may be granted "on motion for cause shown."  *See* Fed. R. Bankr. P. 1007(c); *see also* Fed. R. Bankr. P. 9006(b).

7.       The Debtors respectfully submit that cause exists to extend the Debtors' time to file the Schedules and Statements through and including the Extended Deadline.  The Debtors maintain books and records and complex accounting systems in foreign jurisdictions, many of which are in a foreign language.  To prepare the Schedules and Statements, the Debtors and their advisors must gather, review, assemble, and interpret information from books, records, and documents related to claims against the Debtors, as well as the Debtors' assets and contracts.  Consequently, collecting the information necessary to complete the Schedules and Statements will require substantial time and effort on the part of the Debtors' advisors.  While the Debtors' management team and advisors will work diligently and expeditiously to prepare the Schedules and Statements, the Debtors' limited resources have, up until this point, been focused on preparing for the commencement of the Chapter 11 Cases and reacting to events surrounding the filing.  Within the last three days, the Debtors engaged RPA Asset Management Services, LLC ("**RPA**"), a financial advisor, to assist with the preparation of the Schedules and Statements, and seek this extension out of an abundance of caution so that RPA has time to familiarize itself with the Debtors' books and records.

8. In light of the amount of work required to complete the Schedules and Statements and the substantial burdens already imposed on the Debtors, their management team, and their advisors by the commencement of the Chapter 11 Cases, the Debtors believe that the 14-day period of time in which to file the Schedules and Statements will not be sufficient.[4] Accordingly, the Debtors respectfully submit that "cause" exists to extend the Initial Deadline as requested herein.

9. Recognizing the importance of the Schedules and Statements in the Chapter 11 Cases, the Debtors intend to complete the Schedules and Statements as quickly as possible under the circumstances. At this juncture, the Debtors estimate that an extension of approximately thirty (30) days from the Initial Deadline will provide sufficient time to prepare and file the Schedules and Statements. The Debtors thus request that the Court establish August 12, 2021, as the Extended Deadline, without prejudice to the Debtors' rights to seek further extensions from the Court.[5]

## NOTICE

10. The Debtors will provide notice of this Motion by facsimile, e-mail, overnight delivery or hand delivery to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the twenty (20) largest unsecured claims against the Debtors on a consolidated basis; (iii) counsel to Itaú; (iv) counsel to the Ad Hoc Group; and (v) all parties that, as of the filing of this Motion, have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002. A copy of this Motion is also available on the Debtors' case website at

---

[4] The Debtors have fewer than 200 creditors and, accordingly, do not benefit from the extension awarded to certain debtors under Local Rule 1007-1(b).

[5] August 12, 2021 is thirty (30) days from the Initial Deadline for the Second Debtors and thirty-four (34) days from the Initial Deadline for the Initial Debtors.

28280579.5

5

http://www.primeclerk.com/CGB.  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

*[Remainder of page intentionally left blank]*

28280579.5

**WHEREFORE**, the Debtors request entry of the Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other relief as is just and proper.

Dated: July 8, 2021
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   pmorgan@ycst.com
      sgreecher@ycst.com
      amagaziner@ycst.com
      ejustison@ycst.com

- and -

**SIMPSON THACHER & BARTLETT LLP**

Michael H. Torkin (admitted *pro hac vice*)
Bryce L. Friedman (admitted *pro hac vice*)
David R. Zylberberg (admitted *pro hac vice*)
Ashley M. Gherlone (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone:   (212) 455-2000
Facsimile:   (212) 455-2502
Email:   michael.torkin@stblaw.com
      bfriedman@stblaw.com
      david.zylberberg@stblaw.com
      ashley.gherlone@stblaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

28280579.5