# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORP GROUP BANKING S.A., *et al.*,[1] | § | Case No. 21-10969 (JKS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Objection Deadline: November 8, 2021 at 4:00 p.m. (ET)** |
| | § | |

**SUMMARY OF THIRD MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | June 25, 2021 (order entered on August 9, 2021) |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2021 through September 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $87,563.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $77.14 |

This is a: __X__ monthly ____ final application

This monthly application includes 3.10 hours with a value of $2,010.00 incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

28678826.1

**Prior applications**:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/16/21 Docket No. 137 | 6/25/21 – 7/31/21 | $253,373.50 | $456.79 | Pending | Pending |
| 9/16/21 Docket No. 188 | 8/1/21 – 8/31/21 | $118,181.50 | $58.12 | Pending | Pending |

2

28678826.1

**COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Pauline K. Morgan | Partner since 2000. Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987, DE Bar since 1997, and NY Bar since 2007. | $1,075 | 9.70 | $10,427.50 |
| Sean T. Greecher | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2004. | $765 | 8.50 | $6,502.50 |
| Andrew L. Magaziner | Partner since 2019. Joined firm as an associate in 2009. Member of DE Bar since 2009. Member of NY Bar Since 2010. | $725 | 50.00 | $36,250.00 |
| Michael S. Neiburg | Partner since 2019. Joined firm as an associate in 2008. Member of DE Bar since 2009. | $725 | 0.70 | $507.50 |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. | $600 | 39.40 | $23,640.00 |
| Roxanne M. Eastes | Joined firm as an associate in 2020. Member of DE Bar since 2019 and NY Bar since 2020. | $450 | 10.40 | $4,680.00 |
| Debbie Laskin | Paralegal | $320 | 0.70 | $224.00 |
| Michelle Smith | Paralegal | $310 | 12.50 | $3,875.00 |
| Beth Olivere | Paralegal | $310 | 4.70 | $1,457.00 |
| **TOTAL** | | | **136.60** | **$87,563.50** |
| **Blended Rate:** | | **$641.02** | | |

28678826.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 8.00 | $4,069.00 |
| Court Hearings (B002) | 5.20 | $2,626.00 |
| Cash Collateral/DIP Financing (B003) | 0.80 | $615.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 6.00 | $3,136.50 |
| Lease/Executory Contract Issues (B005) | 0.40 | $277.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 27.70 | $17,893.50 |
| Claims Analysis, Objections and Resolutions (B007) | 2.40 | $1,602.50 |
| Meetings (B008) | 15.20 | $12,084.00 |
| Stay Relief Matters (B009) | 2.90 | $1,902.50 |
| Other Adversary Proceedings (B011) | 21.90 | $14,133.00 |
| Plan and Disclosure Statement (B012) | 23.20 | $16,254.00 |
| General Corporate Matters (B014) | 0.20 | $145.00 |
| Employee Matters (B015) | 0.60 | $435.00 |
| Retention of Professionals/Fee Issues (B017) | 19.00 | $10,380.00 |
| Fee Application Preparation (B018) | 3.10 | $2,010.00 |
| **TOTAL:** | **136.60** | **$87,563.50** |

## EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Computerized Legal Research | $41.40 |
| Docket Retrieval / Search | $24.00 |
| Reproduction Charges | $9.50 |
| Teleconference / Video Conference | $2.24 |
| **TOTAL:** | **$77.14** |

28678826.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*,[1] | § § | Case No. 21-10969 (JKS) |
| Debtors. | § § § | (Jointly Administered) |
| | § § § | **Objection Deadline: November 8, 2021 at 4:00 p.m. (ET)** |

**THIRD MONTHLY APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, Effective as of the Petition Date* [Docket No. 120] (the "**Retention Order**"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 123] (the "**Interim Compensation Order**"), the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "**YCS&T**") hereby moves the Court for reasonable compensation for professional legal services rendered as counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") in the amount of

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

28678826.1

$87,563.50, together with reimbursement for actual and necessary expenses incurred in the amount of $77.14, for the period commencing September 1, 2021 through and including September 30, 2021 (the "*Fee Period*"). In support of its Application, YCS&T respectfully represents as follows:

1. Pursuant to the Retention Order, YCS&T was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, *nunc pro tunc* to June 25, 2021. The Retention Order authorized YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period showing the amount of $87,563.50 due for fees.

4. The services rendered by YCS&T during the Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. YCS&T has incurred out-of-pocket disbursements during the Fee Period in the amount of $77.14. Attached hereto as Exhibit B is a detailed statement of expenses paid during the Fee Period. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside

copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Fee Period may be found attached hereto as Exhibit B. To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-2(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), YCS&T respectfully requests that the Court waive strict compliance with such Local Rule.

6. Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page for black and white copies and $.80 per page for color copies, its rate for outgoing telecopier transmissions is $.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of YCS&T have expended a total of 136.60 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Fee Period as counsel for the Debtors in these cases is $87,563.50.

9. YCS&T believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11. The Debtors have reviewed this Application and do not object to approval of the fees and expenses requested herein.

11. This Application covers the interim fee period from September 1, 2021 through and including September 30, 2021. YCS&T has and will continue to perform additional necessary services subsequent to September 30, 2021, for which YCS&T will file subsequent fee applications.

*[Remainder of page intentionally left blank]*

**CONCLUSION**

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $87,563.50 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $77.14 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: October 18, 2021
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   pmorgan@ycst.com
       sgreecher@ycst.com
       amagaziner@ycst.com
       ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*

## **VERIFICATION**

I, Andrew L. Magaziner, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 2009.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel for the Debtors, and am familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Dated: October 18, 2021                        /s/ Andrew L. Magaziner
                                               ANDREW L. MAGAZINER

28678826.1