# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10969 (JKS)<br><br>Jointly Administered<br><br>**Re: D.I. 156** |

## NOTICE OF ANNUAL RATE INCREASE BY ROBINSON & COLE LLP

On August 25, 2021, the Official Committee of Unsecured Creditors (the "UCC") filed its Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention and Employment of Robinson & Cole LLP (R&C) as Delaware Counsel *nunc pro tunc* to July 27, 2021 [D.I. 156] (the "Retention Application).

On September 16, 2021, the Court entered an order granting the Retention Application, authorizing and approving the employment of R&C as Delaware Counsel to the UCC [D.I. 190] (the "Retention Order"), *nunc pro tunc* to July 27, 2021.

This notice is being provided pursuant to the Retention Order, which provides, in pertinent part, "[p]rior to any increases in the hourly rates . . . R&C shall provide ten (10) business days' notice to the Debtors, the U[nited] S[tates] T[rustee], and any statutory committee appointed in these chapter 11 cases." Retention Order at ¶ 6.

As previewed in the Retention Application, in the ordinary course of R&C's business and in keeping with R&C's established billing practices and procedures, R&C's standard billing rates were adjusted firm-wide on January 1, 2022. Specifically, effective as of January 1, 2022,

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

R&C's billing rates for professionals who may work on matters related to the Debtors' chapter 11 cases shall range as follows:

| Category | Range |
|---|---|
| Partners | $430 to $1,500 |
| Counsel | $400 to $1,000 |
| Associates | $260 to $675 |
| Paralegals/Analysts | $160 to $475 |

21590868v1

|  |  |
|---|---|
| Dated: February 11, 2022<br>Wilmington, Delaware | */s/ Jamie L. Edmonson*                .<br>Jamie L. Edmonson (No. 4247)<br>James F. Lathrop (No. 6492)<br>**ROBINSON & COLE LLP**<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: jedmonson@rc.com<br>         jlathrop@rc.com<br><br>-and-<br><br>Rachel Jaffe Mauceri (*pro hac vice*)<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 319-7900<br>Email: rmauceri@rc.com<br><br>-and-<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>Glenn E. Siegel (admitted *pro hac vice*)<br>Jason R. Alderson (admitted *pro hac vice*)<br>101 Park Ave.<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: glenn.siegel@morganlewis.com<br>         jason.alderson@morganlewis.com<br><br>-and-<br><br>Andrew J. Gallo (admitted *pro hac vice*)<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341.7700<br>Email: andrew.gallo@morganlewis.com<br><br>-and-<br><br>Nakisha Duncan (admitted *pro hac vice*)<br>1000 Louisiana Street<br>Houston, TX 77002<br>Telephone: (713) 890-5000<br>Email: nakisha.duncan@morganlewis.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of Corp Group Banking S.A., et* |