# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10969 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Steve D Sass LLC in its capacity as trustee of the Litigation Trust formed pursuant to the *Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates* (the "Trustee"), pursuant to Rules 2002, 3017, 9007, and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in the above-captioned Chapter 11 cases, and all documents, and all other papers served in these cases, be given to and served upon:

| | |
|---|---|
| Jamie L. Edmonson, Esq.<br>Robinson & Cole LLP<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>jedmonson@rc.com | Rachel J. Mauceri, Esq.<br>Robinson & Cole LLP<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>rmauceri@rc.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Papers* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 10, 2022  **ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
jedmonson@rc.com

-and-

Rachel J. Mauceri (*admitted pro hac vice*)
Robinson & Cole LLP
1650 Market Street, Suite 3030
Philadelphia, PA  19103
Tel:  (215) 398-0600
Fax: (215) 398-0599

*Counsel to the Trustee of the Litigation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                              */s/ Jamie L. Edmonson*
                                              Jamie L. Edmonson, Esq. (No. 4247)