**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*,[1] | § § | Case No. 21-10969 (JKS) |
| Debtor. | § § § § § | |

**AFFIDAVIT OF SERVICE**

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 1, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Case [Docket No. 973]

- Final Decree Closing Certain Cases and Amending the Caption of the Remaining Case [Docket No. 974]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. *See* Case No. 21-10969, Docket No. 974.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

2

Dated: May 8, 2023

                                                                                                          */s/ James Roy*
                                                                                                          James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 8, 2023, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Case 21-10969-JKS    Doc 975    Filed 05/09/23    Page 3 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BANCO DE CRÉDITO E INVERSIONES S.A. | ARMSTRONG TEASDALE LLP | ATTN: DAVID L. GOING<br>7700 FORSYTH BLVD., SUITE 1800<br>ST. LOUIS MO 63105 | dgoing@atllp.com | Email |
| COUNSEL TO BANCO DE CRÉDITO E INVERSIONES S.A. | ARMSTRONG TEASDALE LLP | ATTN: RAFAEL X. ZAHRALDDIN, SHELLEY A. KINSELLA<br>300 DELAWARE AVENUE, SUITE 210<br>WILMINGTON DE 19801 | rzahralddin@atllp.com<br>skinsella@atllp.com | Email |
| BANK | BANCO BTG PACTUAL CHILE | ATTN: GUILLERMO SEPULVEDA<br>PISO 23, TORRE B, LAS CONDES<br>AV COSTANERA SUR 2730<br>PROVIDENCIA CHILE | Guillermo.Sepulveda@btgpactual.com<br>Sebastian.Monge@btgpactual.com<br>Rodrigo.Oyarzo@btgpactual.com<br>Cristian.venegaspuga@btgpactual.com | First Class Mail and Email |
| BANK | BANCO DE CRÉDITO E INVERSIONES | ATTN: GISELA GUZMAN SCHNEIDER<br>AVENIDA EL GOLF 125, LAS CONDES<br>SANTIAGO CHILE | gisela.guzman@bci.cl<br>ian.mcnab@bci.cl<br>matias.fernandez@bci.cl<br>notificaciones@bci.cl | First Class Mail and Email |
| COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS COLLATERAL AGENT | BAYARD, P.A. | ATTN: EVAN T. MILLER<br>600 N. KING STREET<br>SUITE 400<br>WILMINGTON DE 19801 | emiller@bayardlaw.com | Email |
| COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS, AS INDENTURE TRUSTEE | HOLLAND & KNIGHT LLP | ATTN: PETER BAUMGAERTNER, ARTHUR E. ROSENBERG<br>31 WEST 52ND STREET, 11TH FLOOR<br>NEW YORK NY 10019 | peter.baumgaertner@hklaw.com<br>arthur.rosenberg@hklaw.com | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| BANK | M&T BANK | ATTN: MARTY CARLINO<br>ONE M&T PLAZA<br>BUFFALO NY 14203 | mcarlino@mtb.com | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MORGAN LEWIS & BOCKIUS LLP | ATTN: ANDREW J. GALLO, ESQ.<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | andrew.gallo@morganlewis.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MORGAN LEWIS & BOCKIUS LLP | ATTN: GLENN E. SIEGEL, ESQ., JASON ALDERSON, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178 | glenn.siegel@morganlewis.com<br>Jason.alderson@morganlewis.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MORGAN LEWIS & BOCKIUS LLP | ATTN: NAKISHA DUNCAN, ESQ.<br>1000 LOUISIANA STREET, SUITE 4000<br>HOUSTON TX 77702 | nakisha.duncan@morganlewis | Email |
| COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS, AS INDENTURE TRUSTEE | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| COUNSEL TO ITAÚ UNIBANCO S.A. AND CERTAIN AFFILIATES THEREOF | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, DANIEL B. BUTZ, TAYLOR M. HAGA<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347 | dabbott@mnat.com<br>dabbott@morrisnichols.com<br>dbutz@morrisnichols.com<br>thaga@morrisnichols.com | Email |
| COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS COLLATERAL AGENT | MOSES & SINGER LLP | ATTN: MARK N. PARRY, ALAN KOLOD, ALAN E. GAMZA, KENT KOLBIG<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174 | mparry@mosessinger.com<br>akolod@mosessinger.com<br>agamza@mosessinger.com<br>kkolbig@mosessinger.com | Email |

In re: Corp Group Banking S.A., et al.
Case No. 21-10969 (JKS)

Page 1 of 2

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX, JR. 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | Timothy.Fox@usdoj.gov | Email |
| COUNSEL TO BANCO ESTADO | PAUL HASTINGS LLP | ATTN: PEDRO A. JIMENEZ, ESQ., DOUGLASS BARRON, ESQ. 200 PARK AVENUE NEW YORK NY 10166 | pedrojimenez@paulhastings.com douglassbarron@paulhastings.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, STEVE D SASS LLC IN ITS CAPACITY AS TRUSTEE OF THE LITIGATION TRUST | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON, ESQ. 1201 N. MARKET STREET, SUITE 1406 WILMINGTON DE 19801 | jedmonson@rc.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, STEVE D SASS LLC IN ITS CAPACITY AS TRUSTEE OF THE LITIGATION TRUST | ROBINSON & COLE LLP | ATTN: RACHEL J. MAUCERI, ESQ. 1650 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 | rmauceri@rc.com | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO DEBTORS | SIMPSON TACHER & BARTLETT LLP | ATTN: MICHAEL TORKIN, DAVID ZVLBERBERG, ASHLEY GHERLONE, BRYCE L. FRIEDMAN 425 LEXINGTON AVE NEW YORK NY 10017 | michael.torkin@stblaw.com david.zylberberg@stblaw.com ashley.gherlone@stblaw.com bfriedman@stblaw.com | Email |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 PO BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO ITAÚ UNIBANCO S.A. AND CERTAIN AFFILIATES THEREOF | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, GREGORY E. PESSIN, STEPHANIE A. MARSHAK, MICHAEL H. CASSEL, AMY R. WOLF 51 WEST 52ND STREET NEW YORK NY 10019 | Pmindlin@wlrk.com GEPessin@wlrk.com samarshak@wlrk.com mhcassel@wlrk.com ARWolf@wlrk.com | Email |
| COUNSEL TO DEBTORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K. MORGAN, SEAN GREECHER, ANDREW MAGAZINER, ELIZABETH JUSTISON RODNEY SQUARE 1000 N. KING STREET WILMINGTON DE 19801 | pmorgan@ycst.com sgreecher@ycst.com amagaziner@ycst.com ejustison@ycst.com | Email |