IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10969 (JKS)<br><br>Jointly Administered |

## LITIGATION TRUSTEE'S THIRD SEMI-ANNUAL REPORT TO BANKRUPTCY COURT

Steven D Sass LLC, solely in its capacity as Trustee (in such capacity, the "Trustee") of the Litigation Trust (the "Trust") formed pursuant to the *Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates* (the "Plan"), hereby files the Trustee's third semi-annual report with respect to the Trust pursuant to the Litigation Trust Agreement (the "Third Report"),[2] as made applicable by the Plan and the Confirmation Order. The Trustee, by and through the Trustee's undersigned counsel, respectfully reports as follows:

### STATUS REPORT

1. On November 10, 2022, the Trustee filed the Litigation Trustee's First Semi-Annual Report [Doc. No. 958] (the "First Report") with the Bankruptcy Court. The Second Report

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's foreign tax identification number, are: Corp Group Banking S.A. (900-8); Compañia Inmobiliaria y de Inversiones Saga SpA (600-0); Inversiones CG Financial Chile Dos SpA (808-2); CG Financial Chile SpA (343-5); and CG Financial Colombia S.A.S. (144-5). The Debtors' mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.

[2] Capitalized terms used herein without definition have the meanings assigned in the Plan or the Litigation Trust Agreement, as applicable. The Litigation Trust Agreement provides, in relevant part:
> Following the Effective Date, the Litigation Trustee, on behalf of the Litigation Trust, shall file with the Bankruptcy Court, no later than 120 days after the Effective Date and 60 days after December 31, 2022, and thereafter no later than 45 days after June 30 and December 31 of each calendar year first starting in 2023, a semi-annual report regarding the administration of the Litigation Trust Assets, Distributions made by it, and other matters relating to the implementation of the Litigation Trust and the Plan.

*Litigation Trust Agreement*, § 8.01(d).

24253555-v3

sets forth actions regarding the administration of the Litigation Trust since the filing of the First Report.

2.  As previously disclosed, pursuant to Section 3.07 of the Litigation Trust Agreement, the Trustee has retained Robinson & Cole LLP as counsel.  The Trustee continues to pay R&C's monthly fees and expenses, as well as its own monthly fees and expenses, in the ordinary course of business.

3.  As previously disclosed, the Trustee previously funded the Litigation Trust Expense Reserve with $200,000 of the initial principal payment received under the SP Short Term Note, to ensure sufficient funding in the event it becomes necessary to prosecute litigation at a later date or for other expenses of the Trust.[3]  To date, the Trustee has not had to take any such action and as of this point in time, there is no indication that such legal action will become necessary. The Trustee expects to distribute the unused balance of these funds at a later date, concurrent with a future payment upon receipt of other funds and payments.  Consistent with the Litigation Trust Agreement, no portion of the Litigation Trust Expense Reserve shall be deducted from the Itaú Litigation Trust Share.

4.  The Trustee previously distributed to the Holder of the CGB Itaú Deficiency Claim an amount equal to $750,000 on account of the Itaú Litigation Trust Share (the "Initial Itaú Distribution").  On December 7, 2022, the Trustee also distributed $37,500 to the Holder of the CGB Itaú Deficiency Claim, representing the applicable portion of the BCI Settlement Amount.

---

[3] Pursuant to Section 6.02(d) of the Litigation Trust Agreement, the Trustee has obtained the consent of the Litigation Trust Committee.

5. On December 23, 2022, the Trustee distributed $587,500 to the other Beneficiaries of the Trust, representing their pro rata portion of (a) the sum of (i) $750,000 (the SP Short Term Note Payment) and (ii) $37,500 (the BCI Settlement Amount), less (b) the $200,000 funded to the Expense Reserve.

6. On January 12, 2023, pursuant to section 8.01(e) of the Litigation Trust Agreement, the Trustee served its first semi-annual report to Beneficiaries, a copy of which was filed with this Court [Doc. No. 960].

7. On July 14, 2023, the Trustee received a payment of $500,000, representing the annual amount due under the SP Short Term Note (the "2023 SP Short Term Note Payment"). The Trustee anticipates shortly distributing the 2023 SP Short Term Note Payment as follows: (i) an amount equal to $250,000 to the Holder of the CGB Itaú Deficiency Claim, on account of the Itaú Litigation Trust Share, and (ii) an amount equal to $250,000, to be allocated pro rata among the other Beneficiaries of the Trust.

8. The Trustee intends to file its next semi-annual report pursuant to section 8.01(d) of the Litigation Trust Agreement with this Court consistent with the Liquidating Trust Agreement. The Trustee will also serve its second semi-annual report to Beneficiaries substantially concurrently with the distribution to the Beneficiaries of the 2023 SP Short Term Note Payment, and intends to file a copy of that report with this Court contemporaneously.

Dated: July 17, 2023

**ROBINSON & COLE LLP**

By: *Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: jedmonson@rc.com

-and-

Rachel Jaffe Mauceri (pro hac vice)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Email: rmauceri@rc.com

*Counsel to the Trustee of the Litigation Trust*