IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CORP GROUP BANKING S.A., *et al.*,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-10969 (JKS) <br><br> **Re: Docket No. 978** |

Rescheduled Objection Deadline:  September 22, 2023 at 4:00 p.m. (ET)
Rescheduled Hearing Date:  October 17, 2023 at 1:30 p.m. (ET)

### AMENDED NOTICE OF MOTION TO ENFORCE ORDER CONFIRMING THE SEVENTH AMENDED JOINT PLAN OF LIQUIDATION OF CORP GROUP BANKING S.A. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that, on August 18, 2023, Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, Pilar Dañoebeitía Estades, and Andrés Winter Salgado (together, the "Movants" ), filed the *Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates* (the "Motion") [Docket No. 978] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before the rescheduled objection deadline of **September 22, 2023 at 4:00 p.m. Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Office of the United States Trustee for the District

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8.  The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile.  The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023.  See Case No. 21-10969, Docket No. 974.

of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: Timothy J. Fox, Jr., Esq. (timothy.fox@usdoj.gov@usdoj.gov) and Hannah Mufson McCollum, Esq. (hannah.mccollum@usdoj.gov)); and (ii) (a) Selendy Gay Elsberg PLLC, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Philippe Z. Selendy, Esq. (pselendy@selendygay.com), David S. Flugman, Esq. (dflugman@selendygay.com), and Lauren J. Zimmerman, Esq. (lzimmerman@selendygay.com)) and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and Peter J. Keane, Esq. (pkeane@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION HAS BEEN RESCHEDULED AND WILL BE HELD ON **OCTOBER 17, 2023 AT 1:30 P.M. EASTERN TIME** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 6, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>-and-<br><br>**SELENDY GAY ELSBERG PLLC**<br>Philippe Z. Selendy (admitted *pro hac vice*)<br>David S. Flugman (admitted *pro hac vice*)<br>Lauren J. Zimmerman (admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, NY   10104<br>Telephone: (212) 390-9000<br>Email: pselendy@selendygay.com<br>         dflugman@selendygay.com<br>         lzimmerman@selendygay.com<br><br>*Attorneys for Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, Pilar Dañoebeitía Estades, and Andrés Winter Salgado* |