# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*,[1] | Case No. 21-10969 (JKS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON OCTOBER 17, 2023 AT 1:30 P.M. (ET)

*PLEASE NOTE*: **THE HEARING WILL BE HELD BEFORE THE HONORABLE J. KATE STICKLES AT THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.**

All participants at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court.

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register by 4:00 p.m. Eastern Time on October 16, 2023. All participants must use their full names when registering and logging into Zoom or will not be granted access to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJItc-ysqDwjHjny2hCdRMR8AbVKRp2xDZc

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. *See* Case No. 21-10969, Docket No. 974.

**MATTER GOING FORWARD**

1. Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 8/18/23] ([Docket No. 978](#)).

    Response Deadline:  September 22, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)   MBI Servicios Financieros Limitada's Opposition to Motion to Enforce Confirmation Order [Filed: 9/22/23] ([Docket No. 992](#)).

    b)   MBI Servicios Financieros Limitada's Response to Joinder to Motion to Enforce Plan [Filed: 9/28/23] ([Docket No. 993](#)).

    Related Documents:

    a)   Amended Notice of Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 9/6/23] ([Docket No. 990](#)).

    b)   Joinder of Debtor Corp Group Banking S.A. to the Motion to Enforce Order Confirming Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 9/22/23] ([Docket No. 991](#)).

    Replies Filed:

    a)   Movants' Reply to MBI Servicios Financieros Limitada's Objection to Movants' Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 10/12/23] ([Docket No. 994](#)).

        i.   Declaration of Carlos Künsemüller (English) [Filed: 10/12/23] ([Docket No. 995](#)).

        ii.  Declaration of Carlos Künsemüller (Spanish) [Filed: 10/12/23] ([Docket No. 996](#)).

        iii. Declaration of Jorge Andrés Saieh Guzmán in Support of Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 10/12/23] ([Docket No. 998](#)).

        iv.  Declaration of José Tomás Eyzaguirre Cordova [Filed: 10/12/23] ([Docket No. 1000](#)).

    Status:  This matter will go forward.

|  |  |
|---|---|
| Dated: October 13, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:     ljones@pszjlaw.com
              pkeane@pszjlaw.com

--and--

SELENDY GAY ELSBERG PLLC
Philippe Z. Selendy
David S. Flugman
Lauren J. Zimmerman
1290 Avenue of the Americas
New York, NY  10104
Telephone: (212) 390-9000
Facsimile:  (212) 390-9399
Email:     pselendy@selendygay.com
              dflugman@selendygay.com
              lzimmerman@selendygay.com

*Attorneys for Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, Pilar Dañoebeitía Estades, and Andrés Winter Salgado*

3