**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*, | ) |
| | ) Case No. 21-10969 (JKS) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appear as counsel to MBI Servicios Finacieros Limitada ("MBI") in the above-captioned chapter 11 cases, and pursuant to Fed. R. Bankr. P. 2002, 3017 and 9010(b), request that all notices given or required in these cases, and all documents, and other papers served in these cases, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare (Bar No. 5107) | Glenn E. Siegel |
| Brian Loughnane (Bar No. 6853) | Joshua Dorchak |
| Morgan, Lewis & Bockius LLP | Morgan, Lewis & Bockius LLP |
| 1201 N. Market Street, Suite 2201 | 101 Park Avenue |
| Wilmington, DE 19801 | New York, NY 10178 |
| Telephone: (302) 574-3000 | Telephone: (212) 309-6000 |
| Facsimile: (302) 574-3001 | Facsimile: (212) 309-6001 |
| jody.barillare@morganlewis.com | glenn.siegel@morganlewis.com |
| brian.loughnane@morganlewis.com | joshua.dorchak@morganlewis.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects MBI or the property of MBI.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to contest jurisdiction or venue in these cases or in accordance with Fed. R. Bankr. P. 7004 and Fed. R. Civ. P. 4, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which MBI is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: October 16, 2023 | **MORGAN, LEWIS & BOCKIUS LLP** |
| Wilmington, DE | |
| | /s/ *Brian Loughnane* |
| | Jody C. Barillare (Bar No. 5107) |

Brian Loughnane (Bar No. 6853)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com
Email: brian.loughnane@morganlewis.com

- and -

Glenn E. Siegel
Joshua Dorchak
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
glenn.siegel@morganlewis.com
joshua.dorchak@morganlewis.com

*Counsel to MBI Servicios Financieros Limitada*