IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10969 (JKS) |

### ORDER ENFORCING THE DISCHARGE INJUNCTION UNDER THE DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION

Upon consideration of the motion (the "*Motion*")[2] of Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, Pilar Dañoebeitía Estades, and Andrés Winter Salgado (collectively, the "*Movants*") for entry of an order, pursuant to Bankruptcy Code Sections 105(a), 524, 1141, and Bankruptcy Rule 3020(d), enforcing this Court's Confirmation Order ("*Confirmation Order*") against MBI Servicios Financieros Limitada ("*MBI Servicios*"), and granting related relief; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of the Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and this Court having determined that the relief

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. *See* Case No. 21-10969, Docket No. 974.

[2] Terms not defined herein have the same definition as in the Motion.

requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The *querella* against Movants that MBI Servicios filed in Chile ("the **Querella**") violates the Injunction within the Plan and approved in the Confirmation Order. The Querella asserts generalized harm against all bondholders and describes derivative harms to all holders of relevant financing instruments. The claims the Querella brings thus belong to the Estate and are Estate Causes of Action that were settled against Movants.

3. MBI Servicios is directed to take all actions necessary to withdraw the Querella by October 31, 2023.

4. MBI Servicios is directed to provide a copy of this Order to Public Prosecutor Felipe Sepulveda in Chile by October 31, 2023.

5. MBI Servicios is directed to provide written notification to Movants within two business days of its compliance with paragraphs 3 and 4 above. In the event that MBI Servicios does not comply with paragraphs 3 and 4 above, Movants may seek additional relief from this Court on an expedited basis.

6. MBI Servicios is directed to pay, within 30 days of being presented with any invoice, Movants' reasonable fees and expenses incurred in connection with the Motion.

7. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 30th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE