UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10969 (JKS) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

David S. Flugman, being duly sworn according to law, deposes and says that he is employed by the law firm of Selendy Gay PLLC, counsel for Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, and Pilar Dañoebeitía Estades in the above-captioned action, and that on the 17th day of June 2024, he caused a copy of the following documents to be served upon the attached service list in the manner indicated:

> **Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Docket No. 1028]**
>
> **Notice of Hearing on Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Docket No. 1028-1]**
>
> **Exhibit One to Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Docket No. 1028-2]**
>
> **Declaration of David S. Flugman in support of Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Docket No. 1028-3]**

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. *See* Case No. 21-10969, Docket No. 974.

_____
David S. Flugman

SWORN TO AND SUBSCRIBED
by me on this 20 day of June, 2024.

_____
Notary Public
My Commission Expires: Apr 14, 2027

CARLY DEO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DE0005531
Qualified in New York County
Commission Expires April 14, 2027

2

**Via First Class Mail**
Exportadora Los Lirios S.A.
El Bosque Nº 123
Oficina 501
Las Condes
Región Metropolitana
Chile

**Via First Class Mail**
CB Investments SpA
Benavente Nº 550
Piso 12
Puerto Montt
Chile

**Via First Class Mail**
Cristian Pablo Pinto Marinovich
Juan Agustín Alcalde Nº 2304
Vitacura
Santiago
Región Metropolitana
Chile

**Via First Class Mail**
Inversiones GV S.A
Américo Vespucio Norte Nº 2880
Piso 14
Conchalí
Santiago
Región Metropolitana
Chile

**Via First Class Mail**
Juan Carlos Tali-Hamideh Bitar
El Espino Nº 1900
Depto. B 12
Lo Barnechea
Región Metropolitana
Chile

**Via First Class Mail**
Trayenko Investment LP
Josue Smith Solar Nº 507
Providencia
Región Metropolitana
Chile

**Via First Class Mail**
Marisol Burgos Concha
Avenida Apoquindo Nº 3721
Oficina 33
Las Condes
Región Metropolitana
Chile

**Via First Class Mail**
Zermat Bussines Inc.
El Bosque Norte Nº 0177
Piso 14
Las Condes
Región Metropolitana
Chile

**Via Federal Express**
Juan Carlos Petersen
Avenue de la Colombie
3 Brussels, 1000
Belgium