**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORP GROUP BANKING S.A., *et al.*,[1] | Case No. 21-10969 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 30, 2025 AT 11:00 A.M. (ET)**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time), the business day before the hearing, unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

### STATUS CONFERENCE

1. Litigation Trustee and Movants' Fourth Ninety-Day Joint Status Report to Bankruptcy Court [Filed: 9/3/25] (Docket No. 1059).

   Response Deadline:  N/A

   Responses Received:  N/A

   Related Documents:

   a) Notice of Filing of Exhibit F to Supplement to the Fifth Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 6/1/22] (Docket No. 770).

   b) [Signed] Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 6/16/22] (Docket No. 825).

   c) Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 8/18/23] (Docket No. 978).

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. *See* Case No. 21-10969, Docket No. 974.

d) Declaration of David S. Flugman in Support of Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 8/18/23] ([Docket No. 978-3](#)).

e) MBI Servicios Financieros Limitada's Opposition to Motion to Enforce Confirmation Order [Filed: 9/22/23] ([Docket No. 992](#)).

f) MBI Servicios Financieros Limitada's Response to Joinder to Motion to Enforce Plan [Filed: 9/28/23] ([Docket No. 993](#)).

g) Movants' Reply to MBI Servicios Financieros Limitada's Objection to Movants' Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 10/12/23] ([Docket No. 994](#)).

h) [Signed] Order Enforcing the Discharge Injunction Under the Debtors' Chapter 11 Plan of Liquidation [Filed: 10/30/23] ([Docket No. 1013](#)).

i) Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 6/10/24] ([Docket No. 1028](#)).

j) Declaration of David S. Flugman in Support of Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 6/10/24] ([Docket No. 1028-3](#)).

k) Litigation Trustee's Response and Reservation of Rights with Respect to Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates [Filed: 6/26/24] ([Docket No. 1031](#)).

l) Movant's Reply in Further Support of Their Motion to Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates and in Response to Litigation Trustee's Response and Reservation of Rights [Filed: 7/3/24] ([Docket No. 1032](#)).

m) Notice of Filing of Revised Proposed Order Enforcing the Discharge Injunction Under the Debtors' Chapter 11 Plan of Liquidation and Ordering Certain Related Relief [Filed: 7/15/24] ([Docket No. 1042](#)).

n) Litigation Trustee's Notice of Distribution [Filed: 8/9/24] ([Docket No. 1045](#)).

o) [Signed] Order Enforcing the Discharge Injunction Under the Debtors' Chapter 11 Plan of Liquidation Re: Docket No. 1028 and Ordering Certain Related Relief [Filed: 9/5/24] ([Docket No. 1047](#)).

p) Litigation Trustee and Movants' First Ninety-Day Joint Status Report to Bankruptcy Court [Filed: 12/4/24] ([Docket No. 1051](#)).

q) Litigation Trustee and Movants' Second Ninety-Day Joint Status Report to Bankruptcy Court [Filed: 3/4/25] ([Docket No. 1055](#)).

r) Litigation Trustee and Movants' Third Ninety-Day Joint Status Report to Bankruptcy Court [Filed: 6/4/25] ([Docket No. 1057](#)).

Status: This matter will go forward as a status conference.

Dated: October 28, 2025     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:     ljones@pszjlaw.com
           pkeane@pszjlaw.com

--and--

SELENDY GAY PLLC
Philippe Z. Selendy
David S. Flugman
Lauren J. Zimmerman
1290 Avenue of the Americas
New York, NY  10104
Telephone: (212) 390-9000
Facsimile:  (212) 390-9399
Email:     pselendy@selendygay.com
           dflugman@selendygay.com
           lzimmerman@selendygay.com

*Attorneys for Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, Pilar Dañoebeitía Estades*