**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CORP GROUP BANKING S.A., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10969 (JKS) |

## CERTIFICATION OF COUNSEL REGARDING AGREED ORDER LIFTING SUSPENSION ON DISTRIBUTIONS BY LITIGATION TRUSTEE AND ORDERING CERTAIN RELATED RELIEF

I, Jamie L. Edmonson, hereby certify that I am an attorney with the law firm of Robinson & Cole, LLP, which serves as counsel for Steven D. Sass LLC, as Trustee (in such capacity, the "***Litigation Trustee***") of the Litigation Trust formed pursuant to the *Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates* (the "***Plan***") in the above-captioned chapter 11 cases. I further certify as follows:

1.  On June 10, 2024, movants Álvaro Saieh Bendeck, Jorge Andrés Saieh Guzmán, María Catalina Saieh Guzmán, and Pilar Dañoebeitía Estades (collectively, the "***Movants***") filed the *Motion To Enforce Order Confirming the Seventh Amended Joint Plan of Liquidation of Corp Group Banking S.A. and Its Debtor Affiliates* [Dkt. No. 1028] (the "***Motion***", and such plan, the "***Plan***"),[2] pursuant to Bankruptcy Code Sections 105(a), 524, 1141, and Bankruptcy Rule 3020(d), seeking enforcement of this Court's Confirmation Order ("***Confirmation Order***") with respect to the commencement and continuation of proceedings in Chile (collectively, the "***Querellas***")

---

[1] The last four digits of the Debtor's foreign tax identification number are 900-8. The Debtor's mailing address is Rosario Norte N°660, 22nd Floor, Las Condes, Santiago, Chile. The chapter 11 cases of certain affiliates of the Debtor were closed effective as of April 28, 2023. [*See* Case No. 21-10969, Dkt. No. 974.]

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion or the Plan, as applicable.

against the Movants and other parties, and directing Steven D. Sass LLC, as Trustee (in such capacity, the "**Litigation Trustee**") of the Litigation Trust formed pursuant to the Plan, to suspend and to take all steps necessary to continue its suspension of any further distributions to holders of Class 7B CGB Unsecured Notes Claims (the "**Class 7B Creditors**"), of Litigation Trust Net Recoveries received by the Litigation Trust on account of and otherwise payable with respect to the SP Short Term Note, and granting related relief.

2.  On September 5, 2024, this Court entered an Order directing the Trustee "to suspend and to take all steps necessary to continue its suspension of any further distributions to the Class 7B Creditors, as identified in the Plan and the Plan Supplements, of Litigation Trust Net Recoveries received by the Litigation Trust on account of and otherwise payable with respect to the SP Short Term Note, to continue to hold such amounts in escrow for the benefit of the Class 7B Creditors, and to make no further such distributions to the Class 7B Creditors until (a) such time as each and every one of the Remaining Querellantes certifies to the Litigation Trustee and Movants that they have withdrawn their *querellas*, any associated reservation of rights, as well as any filings in support of their *querellas*, including the expert report filed by Exportadora Los Lirios S.A; or (b) further order of this Court" (the "**Payment Moratorium**").[3]

3.  The Court further directed that "[w]hile th[e] Order is in effect, Movants and the Litigation Trustee shall jointly file with this Court, on a ninety-day basis, a joint status report regarding the (i) continuation of the status of the moratorium and (ii) identity of the Remaining Querellantes that have not provided the certification described in [paragraph 3 of the Order] to the Court and Class 7B Creditors." *Id.* ¶ 4.

---

[3] Order Enforcing The Discharge Injunction Under The Debtors' Chapter 11 Plan Of Liquidation Re: Docket No. 1028 And Ordering Certain Related Relief [Dkt. No. 1047] (the "*September 2024 Order*"), at ¶ 3.

4. Since the entry of the September 2024 Order and pursuant thereto, the Trustee has held in escrow payments with respect to the SP Short Term Note received in July 2024 and July 2025 (together, the "**2024 and 2025 Payments**"), respectively, intended for Class 7B Creditors.[4]

5. Since the entry of the September 2024 Order, neither the Litigation Trustee nor Movants have received a certification from any of the Remaining Querellantes stating that they have withdrawn their *querellas*, any associated reservation of rights, or any filings in support of their *querellas*. Accordingly, since the entry of the September 2024 Order and pursuant thereto, the Litigation Trustee and Movants have filed, on each of December 4, 2024, March 4, 2025, and June 4, 2025, a joint Ninety-Day Status Report to the Bankruptcy Court [Dkt. No. 1051, 1055, 1057], each indicating the failure of the Remaining Querellantes to withdraw the remaining *Querella*.

5. On September 3, 2025, the Litigation Trustee and Movants filed the *Litigation Trustee and Movants' Fourth Ninety-Day Joint Status Report to Bankruptcy Court* [Dkt. No. 1059] (the "**Fourth Status Report**"), indicating the continued failure of the Remaining Querellantes to withdraw the remaining *Querellas* as well as, upon information and belief of the Movants, supplemental Chilean proceedings, all in continued disregard of this Court's orders. In the Fourth Status Report, the Litigation Trustee also recognized that the year-long suspension of payments to the Trust's beneficiaries has not had the desired deterrent effect on the activities of the Remaining Querellantes.

6. On October 30, 2025, this Court held a status conference with respect to the Fourth Status Report. At the conclusion of those proceedings, this Court directed the parties to agree upon

---

[4] Pursuant to the September 2024 Order, the Trustee has continued to make timely payments to the Class 7A Creditors.

a form of order lifting the Payment Moratorium, to be submitted to this Court under certification of counsel.

7.  A proposed form of agreed order is attached hereto as <u>Exhibit A</u> (the "<u>Proposed Order</u>").

WHEREFORE, the undersigned respectfully requests that the Court enter the Proposed Order at its earliest convenience.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 14, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br>By: */s/ Jamie L. Edmonson*<br>Jamie Lynne Edmonson (DE No. 4247)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: jedmonson@rc.com<br><br>Rachel Jaffe Mauceri (admitted *pro hac vice*)<br>1650 Market Street<br>Suite 3030<br>Philadelphia, PA  19103<br>Tel: (215) 398-0556<br>Fax: (215) 827-5982<br>Email: rmauceri@rc.com<br><br>*Attorneys for Steven D. Sass LLC*, as Litigation Trustee |